IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Lisa Kay Cummins, | ) | |
| | ) | C.A. No. 2:12-354-TLW-BHH |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is a social security case filed by a *pro se* litigant appearing in forma pauperis. This matter is before the Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce Howe Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (D.S.C.). In the Report, the Magistrate Judge recommends that the Complaint in this case be dismissed without prejudice. The Report was filed on July 9, 2012. To date, no objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that

1

the Magistrate Judge's Report is **ACCEPTED** (Doc. # 19), and the Complaint in this case is

**DISMISSED** without prejudice

                                                        s/ Terry L. Wooten
                                                        TERRY L. WOOTEN
                                          UNITED STATES DISTRICT JUDGE

August 27, 2012
Florence, South Carolina